**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

# COVER SHEET FOR AMENDMENTS

**CASE NAME**: ___Recticel North America, Inc., et al._____
**CASE NUMBER**: _09-73411_____

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

The purpose of this amendment is to:

[ ] Add creditors to schedules(s)_____ . How many? _____
 (Use second page of this form to list creditors added).

  [ ] **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

[ ] Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

[ X ] Other: (Provide detail of amendment) _

| |
|---|
| Schedule G of the Schedules of Assets and Liabilities of Recticel North America, Inc. is being amended to add reference to a property lease agreement with Oahu Properties, L.L.C. |
| Schedule H of the Schedules of Assets and Liabilities of Recticel North America, Inc. is being amended to reflect that Recticel N.V./S.A. is a codebtor on a certain property lease agreement with Oahu Properties, L.L.C. |

[ ] **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

[ ] **Amend Matrix**. Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a maxtrix filed by a debtor without an attorney must have a complete

paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE**: LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

**CORRECTIONS AND ADDITIONS TO MAILING MATRIX**

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

| Previous address: | Please change to: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

| Previous address: | Please change to: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

| Previous address: | Please change to: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix

**NAME OF CREDITOR** (As it now appears): _____
(Please print)
Address_____
_____
___
_____


**NAME OF CREDITOR** (As it now appears): _____

(Please print)
Address_____
_____
___
_____

### FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature: /s/ Ross A. Hoogerhyde
Robert S. Hertzberg (P30261)
Ross A. Hoogerhyde (P72559)
PEPPER HAMILTON LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243
Telephone: 313.259.7110
(Attorneys for the Debtors and Debtors in Possession

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, Cover Sheet for Amendments, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: /s/ Derek Strehl
Name of Debtor

Signature:_____
Name of Joint Debtor, if applicable