**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11 Case No.** |
| | ) | |
| **Recticel North America, Inc., et al.,** | ) | **09-73411 (PJS)** |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR**

**Recticel Interiors North America, LLC**

**Case No: 09-73419 (PJS)**

**The chapter 11 cases of Recticel North America, Inc. (Case No.09-73411 (PJS)) and Recticel Interiors North America, LLC (Case No. 09-73419 (PJS)) are being jointly administered for procedural purposes only.**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: <u>Recticel Interiors North America, LLC</u>

Case No.    <u>09-73419 (PJS)</u>

Chapter    <u>11</u>

## SUBJECT TO GLOBAL NOTES AND SPECIFIC NOTES TO THESE SCHEDULES

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED YES / NO | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - REAL PROPERTY | YES | 1 | $0 | | |
| B - PERSONAL PROPERTY | YES | 26 | $8,983,694 | | |
| C - PROPERTY CLAIMED AS EXEMPT | NO | 0 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | YES | 2 | | $0 | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS (Total of claims on Schedule E) | YES | 7 | | $0 | |
| F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS | YES | 16 | | $51,545,000 | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | YES | 12 | | | |
| H - CODEBTORS | YES | 2 | | | |
| I -CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| **Total number of sheets of all Schedules** | | 66 | | | |

Total Assets >     **$8,983,694**

Total Liabilities >     **$51,545,000**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

### General

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Recticel North America, Inc. a/k/a Recticel UREPP North America, Inc. ("RUNA") and Recticel Interiors North America, LLC ("RINA") in these jointly administered chapter 11 cases (collectively, the "Debtors") pending in the United States Bankruptcy Court for the Eastern District of Michigan Southern Division (the "Bankruptcy Court") were prepared, pursuant to section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, by management of the Debtors, with the assistance of the Debtors' court-appointed advisors, and are unaudited. While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Schedules and Statements have been signed by Derek Strehl, Secretary/Treasurer of the Debtors. Accordingly, in reviewing and signing the Schedules and Statements, Mr. Strehl necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Strehl has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

### Description of the Cases and "As Of" Information Date

On October 29, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under the Bankruptcy Code in the Bankruptcy Court. The chapter 11 cases have been consolidated for the purpose of joint administration under Case No.09-73411. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

### Basis of Presentation

For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements that were audited annually and were consolidated by the non-debtor affiliate Recticel N.V./S.A. Combining the assets and liabilities set forth in the Schedules and Statements of the Debtors would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

### Amendment

Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

### Confidential or Sensitive Information

There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. The alterations will be limited to only what is necessary to protect the Debtor or third party and will provide interested parties with sufficient information to discern the nature of the listing.

### Causes of Action

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

### Recharacterization

The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

### Claim Designations

Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

### Unliquidated Claim Amounts

Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

### Undetermined Amounts

The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

### Court Orders

Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, taxing authorities, and lien claimants. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements.

### Valuation

It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of the Petition Date are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets. Operating cash is presented at bank balances as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

### Dates

The information provided herein, except as otherwise noted, represents the asset data of the Debtors as of September 30, 2009 and the liability data of the Debtors as of the close of business on the Petition Date.

### Specific Notes

These General Notes are in addition to the specific notes set forth in the Schedules and Statements of the individual Debtor entities. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

### Liabilities

The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

---

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

### Excluded Assets and Liabilities

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including goodwill, pension assets, deferred compensation, accrued salaries, employee benefit accruals, accrued accounts payable, and deferred gains. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist. In addition, certain immaterial assets and liabilities may have been excluded. Pursuant to certain Bankruptcy Court orders, the Debtors have been granted authority to pay certain prepetition obligations to, among others, employees, taxing authorities and lien claimants. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore may not be listed in the Schedules and Statements.

### Leases

The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases.

### Contingent Assets

The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtor and non-Debtor) for various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement and/or indemnification arising from, among other things, (i) letters of credit, (ii) notes payable and receivable, (iii) surety bonds, (iv) guaranties, (v) indemnities, and (vi) warranties. Additionally, prior to the relevant Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Refer to each Statement, item 4(a)(i), for lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff.

### Receivables and Payables

Due to events leading to the commencement of these Chapter 11 cases, the Debtors have listed individual customer accounts receivable balance information.

### Guaranties and Other Secondary Liability Claims

The Debtors have used reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, "Guaranties") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guaranties have been identified, they have been included in the relevant Schedule G for the Debtor or Debtors affected by such Guaranties. The Debtors, however, believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guaranties are identified.

### Intellectual Property Rights

Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

### Estimates

To prepare and file the Schedules on or around the Petition Date, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.

### Fiscal Year

Each Debtor's fiscal year ends on December 31.

### Currency

Unless otherwise indicated, all amounts are reflected in U.S. dollars.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

---

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

**Property and Equipment**

Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

**Claims of Third-Party Related Entities**

While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same.

**Interest in Subsidiaries and Affiliates**

Each of the Debtors is a wholly-owned indirect subsidiary of Recticel N.V./S.A. ("Recticel"). RUNA is the sole member of RINA. All of RUNA's issued and outstanding equity is owned by RUS, Inc. ("RUS"), a Delaware corporation that is a wholly-owned indirect subsidiary of Recticel. RUS is not a debtor in these chapter 11 cases. Each Debtor's Schedule B14 or Statement 18a contains a listing of the current capital structure of RINA and RUNA and includes ownership interests.

**Umbrella Or Master Agreements**

Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

**Insiders**

The Debtors have attempted to include all payments made over the 12 months preceding the Petition Date to any individual or entity deemed an "insider." For these purposes, "insider" is defined as (1) an individual or entity owning 5% or greater of Debtors, (2) an individual appointed by the members of the management committee of Debtors, or (3) an entity related to an insider. The listing of a party as an "insider," however, is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Payments**

Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System"). Disbursements under the Cash Management System are controlled primarily by the Debtors' financial personnel located at the Debtors' headquarters. As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the centrally controlled cash management system.

**Totals**

All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

### SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

☑  Check this box if debtor has no real property to report on this Schedule A.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|
|  |  |  |  |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1.  Cash on hand. | X | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attached Schedule Exhibit B-2 | $1,632,391 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | See Attached Schedule Exhibit B-3 | $287,500 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | |
| 5.  Books; pictures and other art objects; antiques; stamps, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6.  Wearing apparel. | X | | |
| 7.  Furs and jewelry. | X | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9.  Interests in insurance policies. Name insurance company of policy and itemize surrender or refund value of each. | X | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | |

1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plants. | X | | |
| 13. Stock and interests in incorporated and unincorporated business. Itemize. | | See Attached Schedule Exhibit B-13 | Undetermined |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | See Attached Schedule Exhibit B-16 | $5,009,050 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |

3

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN

---

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | See Attached Schedule Exhibit B-28 | $61,378 |
| 29. Machinery, fixtures, equipments, and supplies used in business. | | See Attached Schedule Exhibit B-29 | $147,956 |
| 30. Inventory | | See Attached Schedule Exhibit B-30 | $1,067,095 |
| 31. Animals | X | | |
| 32. Crops - growing or harvested. Give particulars | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | | See Attached Schedule Exhibit B-35 | $778,325 |

4

**Recticel Interiors North America, LLC**

**Case Number:  09-73419 (PJS)**

## SPECIFIC NOTES REGARDING SCHEDULE B

### Schedule B-2 - Checking, savings, or other financial accounts, CDs, etc.

Bank Balances as of October 29, 2009

### Schedule B-13

See Schedule Exhibit B-13 for additional businesses the Debtor was a parent of or owned a significant interest in.

### Schedule B-16 - Accounts Receivable

Amount as of 10/29/09

### Schedule B-28 - Office Equipment

Certain of the Debtor's office equipment, furnishings, and supplies are not capitalized in some situations.  These assets are not listed herein.  The amounts reported are consistent with International Financial Reporting Standards and are exclusive of approximately $22,883,873 in impairments that have been booked by RINA.

### Schedule B-29 - Business Equipment

Certain of the Debtor's office equipment, furnishings, and supplies are not capitalized in some situations.  These assets are not listed herein.  The amounts reported are consistent with International Financial Reporting Standards and are exclusive of approximately $22,883,873 in impairments that have been booked by RINA.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-2**

**Checking, savings, or other financial accounts, CDs, etc.**

| Bank Name | Address | City, State, Zip | Account Number | 10/29/2009 Bank Balance |
|---|---|---|---|---|
| JP MORGAN CHASE BANK, CONTROLLED DISBURSEMENTS - ZERO BALANCE ACCOUNT | M11-9126, 38105 MOUND ROAD SUITE 201 | STERLING HEIGHTS, MI 48310 | XXXXXX694 | $0 |
| JP MORGAN CHASE BANK, EUROPEAN PAYMENTS OR RECEIPTS | 125 LONDON WALL | LONDON, ENGLAND EC2Y 5AJ | XXXXXX101 | $6,251 |
| JP MORGAN CHASE BANK, GENERAL ACCOUNT | M11-9126, 38105 MOUND ROAD SUITE 201 | STERLING HEIGHTS, MI 48310 | XXXXXX686 | $1,626,140 |

**$1,632,391**

1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number:  09-73419 (PJS)**

**Exhibit  B-3**
**Security deposits with public utilities, telephone companies, landlords, and others.**

| Description | Amount |
| --- | ---: |
| ALIXPARTNERS, LLP - RETAINER BALANCE | Undetermined |
| BMC GROUP, INC. - RETAINER | Undetermined |
| EBC FLEX ACCOUNT FUNDING - 2006-2009 - FLEX DEPOSITS | $10,000 |
| EHIM CLAIM FUND 2006-07 YEAR - INITIAL DEPOSIT | $20,000 |
| NORTHERN EQUITIES SC - SECURITY DEPOSIT | $107,500 |
| OAHU PROPERTIES - SECURITY DEPOSIT | $150,000 |
| PEPPER HAMILTON - RETAINER | Undetermined |
| | **$287,500** |

1

| Count | Debtor/Non-Debtor | LID | Co Id | Legal Entity Name | Parent | % Ownership | State of Incorporation /Formation | Date of Formation | Federal Tax ID No |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Non-Debtor | | RUS | RUS, INC. | RECTICEL N.V./S.A. | 100% | Delaware | 7/26/1989 | 35-1793084 |
| 2 | Debtor | 1 | RUNA | RECTICEL NORTH AMERICA, INC. a/k/a RECTICEL UREPP NORTH AMERICA, INC. | RUS, INC. | 100% | Michigan | 7/18/1995 | 38-2993810 |
| 3 | Debtor | 2 | RINA | RECTICEL INTERIORS NORTH AMERICA, LLC | RECTICEL NORTH AMERICA, INC. | 100% | Michigan | 1/1/2006 | 20-3786526 |

Notes:

Each of the Debtors is a wholly-owned indirect subsidiary of Recticel N.V./S.A. ("Recticel").

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number:  09-73419 (PJS)**

**Exhibit  B-16**
**Accounts receivable.**

| Account Name | Description | Amount |
|---|---|---|
| 147761 - JCI - COTTONDALE | TRADE / CUSTOMER RECEIVABLES | $3,386,593 |
| 159906 - INTEVA PRODUCTS, LLC | TRADE / CUSTOMER RECEIVABLES | $1,375,168 |
| 145849 - CONSOLIDATED METCO - BRYSON CITY | TRADE / CUSTOMER RECEIVABLES | $175,924 |
| 158936 - GENERAL MOTORS | TRADE / CUSTOMER RECEIVABLES | $71,365 |
| | | **$5,009,050** |

**Specific Notes**

Amount as of 10/29/09

1

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-28**
**Office equipment, furnishings, and supplies.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| ALABAMA FURNITURE LEASE 1 | 2000182 | $0 |
| ALABAMA FURNITURE LEASE 2 | 2000184 | $0 |
| ALABAMA TELEPHONE LEASE | 2000183 | $0 |
| BACKUP DRIVES | 2000328 | $2,202 |
| CABLE | 2000007 | $0 |
| CLARKSTON FURNITURE LEASE 1 - TRANSFER | 2000347 | $0 |
| CLARKSTON FURNITURE LEASE 2 - TRANSFER | 2000345 | $0 |
| CLARKSTON FURNITURE LEASE 3 - TRANSFER | 2000346 | $0 |
| CLARKSTON FURNITURE LEASE 4 | 2000099 | $0 |
| CLARKSTON FURNITURE LEASE 5 | 2000100 | $0 |
| CLARKSTON TELEPHONE LEASE - TRANSFERRED | 2000343 | $0 |
| GMT967 MES SYSTEM | 2000331 | $18,311 |
| GUARDIAN EQUIPMENT | 2000004 | $0 |
| LAB FURNITURE | 2000206 | $0 |
| MES SYSTEM | 2000024 | $0 |
| MES SYSTEM | 2000025 | $0 |
| MES SYSTEM | 2000062 | $0 |
| MES SYSTEM | 2000081 | $0 |
| PU SPRAY - MES SYSTEM | 2000061 | $0 |

1

**Recticel Interiors North America, LLC**

**Case Number:  09-73419 (PJS)**

**Exhibit  B-28**
**Office equipment, furnishings, and supplies.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| RCL 2 PRINTERS & 2 FAX MACHINES | 2000093 | $0 |
| RCL BLINDS | 2000088 | $0 |
| RCL FLAGS | 2000090 | $0 |
| RCL FURNITURE | 2000089 | $0 |
| RCL GUARDIAN ALARM | 2000092 | $0 |
| RCL PROJECTOR | 2000091 | $0 |
| RCL SUNTEL TELEPHONES | 2000094 | $0 |
| RTU CABLING | 2000178 | $0 |
| RTU FURNITURE | 2000174 | $0 |
| RTU GUARDIAN ALARM | 2000179 | $0 |
| RTU PROJECTOR & SCREEN | 2000180 | $0 |
| RTU SUNTEL - TELEPHONES | 2000181 | $0 |
| SAP DEVELOPMENT & LICENCE COSTS | 2000087 | $0 |
| SAP DEVELOPMENT & LICENCE COSTS | 2000177 | $0 |
| SAP DEVELOPMENT & LICENSE COSTS | 2000189 | $0 |
| SAP DEVELOPMENT & LICENSE COSTS | 2000190 | $0 |
| SAP DEVELOPMENT & LICENSE COSTS | 2000063 | $0 |
| SAP DEVELOPMENT & LICENSE COSTS 2003 | 2000005 | $0 |
| SAP DEVELOPMENT COSTS | 2000330 | $32,678 |
| SC COMPUTER EQUIPMENT | 2000008 | $0 |

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-28**
**Office equipment, furnishings, and supplies.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| SC OFFICE EQUIPMENT | 2000006 | $0 |
| SC TELEPHONE LEASE | 2000009 | $0 |
| SERVER - IBM X3650 | 2000327 | $8,188 |
| | **Total:** | **$61,378** |

**Specific Notes**

The amounts reported are consistent with International Financial Reporting Standards and are exclusive of approximately $22,883,873 in impairments that have been booked by RINA.

3

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-29**

**Machinery, fixtures, equipment, and supplies used in business.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| 2 DRUM TUMBERS | 2000167 | $0 |
| 20 LIGHT TABLES | 2000173 | $0 |
| 3 AIR HANDLING UNITS | 2000158 | $0 |
| 5 DELTA SCOPES | 2000166 | $0 |
| 8 LIGHT TABLES | 2000172 | $0 |
| 8 MAGNA MIKES | 2000160 | $0 |
| 8 MICRO GLOSS | 2000161 | $0 |
| 9 SPECTROPHOTOMETER | 2000164 | $0 |
| ABB MAIN COMPUTER - MINI TRF 3 | 2000130 | $0 |
| ABB-PROFEBUS SLAVE UNIT - DBF | 2000113 | $0 |
| ADDITIONAL CARRIERS | 2000291 | $0 |
| ADHESIVE SPRAY M/C | 2000054 | $0 |
| ADV MFG SYSTEMS - 8 FIXTURES | 2000114 | $0 |
| ADV. MFG. SYSTEMS - 8 FIXTURES | 2000105 | $0 |
| AIR DRYER | 2000194 | $0 |
| ALABAMA HVAC LEASE - TRANSFER | 2000342 | $0 |
| BACKFOAM M/C | 2000057 | $0 |
| BOOTH FOR DBF | 2000072 | $0 |
| BROWN & SHARPE MACHINE | 2000192 | $0 |
| BRUSH UNIT FOR MIXER CLEANING | 2000074 | $0 |

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-29**

**Machinery, fixtures, equipment, and supplies used in business.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| BRUSH UNIT FOR MIXER CLEANING | 2000154 | $0 |
| BUILDING IMPROVEMENTS | 2000082 | $0 |
| CARRIER PARTS | 2000290 | $0 |
| CECH SCALE | 2000205 | $0 |
| CLADDING M/C | 2000056 | $0 |
| CLARKSTON HVAC - TRANSFERRED | 2000340 | $0 |
| CMM | 2000193 | $0 |
| CONTAINMENT UNIT | 2000168 | $0 |
| DEBURRING CELLS | 2000298 | $0 |
| DIE CUTTING PRESSES | 2000079 | $0 |
| DIGITAL DUROMETER | 2000202 | $0 |
| DISHWASHER | 2000204 | $0 |
| DOOR MONORAIL SYSTEM | 2000284 | $0 |
| E53 START-UP COSTS | 2000010 | $0 |
| E85 PRE-SERIES COSTS | 2000011 | $0 |
| EDGE SWEETS | 2000198 | $0 |
| EQUIPMENT - GUNHOLDER - RTU | 2000235 | $0 |
| EQUIPMENT - PERIPHERY ROBOTS - TUSCALOOSA | 2000238 | $0 |
| EQUIPMENT - PU GUNS - TUSCALOOSA | 2000237 | $0 |
| EQUIPMENT - TEMP CONTROLLERS MOLDS | 2000239 | $0 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-29**

**Machinery, fixtures, equipment, and supplies used in business.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| EQUIPMENT - TEMP CONTROLLERS WENDS - TUSCALOOSA | 2000240 | $0 |
| EQUIPMENT - TUSCALOOSA | 2000244 | $0 |
| EQUIPMENT - UNIT - TUSCALOOSA | 2000241 | $0 |
| FIS UNIT | 2000191 | $0 |
| FOG CONTROLLER | 2000196 | $0 |
| FREIGHTLINER DEVELOPMENT COSTS | 2000336 | $21,020 |
| FREIGHTLINER EQUIPMENT | 2000337 | $8,283 |
| FREIGHTLINER SCHUNKELEMENTS | 2000338 | $0 |
| GLOSS METER | 2000165 | $0 |
| GMT967 PRE-SERIES COSTS | 2000334 | $22,404 |
| GMT967 B-SIDE SCORING UNIT | 2000318 | $442 |
| GMT967 CAMERA SYSTEM | 2000319 | $0 |
| GMT967 COMPRESSED AIR SUPPLY | 2000320 | $0 |
| GMT967 DEVELOPMENT SUC'S | 2000332 | $0 |
| GMT967 ENERGY SUPPLY | 2000321 | $0 |
| GMT967 ENGINEERING | 2000325 | $3,369 |
| GMT967 FOAM WET END | 2000317 | $609 |
| GMT967 HVAC MODIFICATION | 2000324 | $0 |
| GMT967 INTERNAL LOGISTICS | 2000326 | $1,079 |
| GMT967 MEZZANINE | 2000313 | $0 |

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-29**

**Machinery, fixtures, equipment, and supplies used in business.**

| Description | Asset No. | Net Book Value |
| --- | --- | --- |
| GMT967 MOLD CARRIER | 2000314 | $1,187 |
| GMT967 PROOF AND LIGHT TABLES | 2000315 | $0 |
| GMT967 RING PIPING | 2000322 | $581 |
| GMT967 ROBOTS -CUTTING | 2000316 | $0 |
| GMT967 SAU - WATERJET | 2000312 | $8,034 |
| GMX295 PRE-SERIES COSTS | 2000102 | $0 |
| GMX295 START-UP | 2000101 | $0 |
| GMX295RHD PRE-SERIES COSTS | 2000335 | $0 |
| GMX365 PRE-SERIES COSTS | 2000104 | $0 |
| GMX365 IMPAIRMENT (2005) - DEVELOPMENT | 2000232 | $0 |
| GMX365 IMPAIRMENT (2005) - EQUIPMENT | 2000228 | $0 |
| GMX365 KNIFE SYSTEM | 2000234 | $0 |
| GMX365 PRE-SERIES COSTS (2005 IMPAIRMENT) | 2000227 | $0 |
| GMX365 START-UP | 2000103 | $0 |
| GUARDIAN ALARM | 2000169 | $0 |
| GUN LOCKERS | 2000145 | $0 |
| GUNLOCKERS | 2000071 | $0 |
| GWK WATER HEATERS | 2000155 | $0 |
| HVAC EQUIMENT | 2000288 | $0 |
| HVAC EQUIMENT | 2000289 | $0 |

4

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-29**

**Machinery, fixtures, equipment, and supplies used in business.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| HVAC REPLACEMENT - TUSCALOOSA | 2000242 | $0 |
| IMPAIRMENT PROJECT GMX | 2000222 | $0 |
| INSTALLATION - RTU | 2000236 | $0 |
| INTERNAL RACKS | 2000060 | $0 |
| IRB2400L/5-7KG/1.8M - MINI TF | 2000125 | $0 |
| IRB2400L/5-7KG/1.8M - MINI TF | 2000126 | $0 |
| IRB2400L/5-7KG/1.8M - MINI TF | 2000127 | $0 |
| IRB2400L/5-7KG/1.8M - MINI TF | 2000128 | $0 |
| KENWORTH - PRE-SERIES | 2000042 | $0 |
| KENWORTH START-UP | 2000041 | $0 |
| LIGHT TABLES | 2000017 | $0 |
| LIGHT TABLES | 2000023 | $0 |
| MAGNA MIKE | 2000200 | $0 |
| MASK HANDLING | 2000070 | $0 |
| MES SYSTEM | 2000157 | $0 |
| MEZZANINE | 2000014 | $0 |
| MEZZANINE | 2000020 | $0 |
| MEZZANINES - LINE 1 | 2000068 | $0 |
| MICRO GLOSS METER | 2000203 | $0 |
| MINI LINE #1 | 2000139 | $0 |

5

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-29**

**Machinery, fixtures, equipment, and supplies used in business.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| MINI LINE #2 | 2000140 | $0 |
| MINI LINE #3 | 2000141 | $0 |
| MINI TRF 1 | 2000132 | $0 |
| MINI TRF 1 | 2000147 | $0 |
| MINI TRF 2 | 2000133 | $0 |
| MINI TRF 2 | 2000148 | $0 |
| MINI TRF 3 | 2000134 | $0 |
| MINI TRF 3 | 2000149 | $0 |
| NEW PLANT OFFICE | 2000300 | $0 |
| NITROGEN GENERATOR - TUSCALOOSA - TRANSFER | 2000349 | $0 |
| OVENS | 2000055 | $0 |
| OVENS | 2000195 | $0 |
| PACKAGING - TUSCALOOSA - DELPHI RACKS | 2000243 | $0 |
| PETERBILT START-UP | 2000038 | $0 |
| PLANT OFFICE | 2000123 | $0 |
| PORTABLE CHILLER | 2000286 | $0 |
| PORTABLE CHILLER | 2000287 | $0 |
| PU SPRAY - FLUSH COLLECTOR | 2000051 | $0 |
| PU SPRAY - LIGHT TABLE | 2000049 | $0 |
| PU SPRAY - MEZZANINE | 2000045 | $0 |

6

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-29**

**Machinery, fixtures, equipment, and supplies used in business.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| PU SPRAY - OPERATOR AREA | 2000053 | $0 |
| PU SPRAY - PU/ERA-GUNS | 2000046 | $0 |
| PU SPRAY - ROBOTS + RISERS | 2000052 | $0 |
| PU SPRAY - SPRAY BOOTH + EXHAUSTBOX | 2000047 | $0 |
| PU SPRAY - STAND ALONE UNIT | 2000043 | $0 |
| PU SPRAY - TANK STATION | 2000050 | $0 |
| PU SPRAY - WATER HEATERS | 2000048 | $0 |
| PU SPRAY - WET-ENDS | 2000044 | $0 |
| PU/ERA EQUIPMENT | 2000110 | $0 |
| PU/ERA EQUIPMENT | 2000120 | $0 |
| PU/ERA EQUIPMENT - MINI TRF 1 | 2000151 | $0 |
| PU/ERA EQUIPMENT - MINI TRF 2 | 2000152 | $0 |
| PU/ERA EQUIPMENT - MINI TRF 3 | 2000153 | $0 |
| PU/ERA EQUIPMENT - SAU1 | 2000150 | $0 |
| PU/ERA-GUNS | 2000073 | $0 |
| QC WORKBENCH, CABINET, SHELVING | 2000162 | $0 |
| RCL AGITATOR (HI-TECH) | 2000329 | $18,571 |
| RCL GENERATOR | 2000084 | $0 |
| RCL NITROGEN GENERATOR - TRANSFER | 2000348 | $0 |
| RCL SPRINKLER SYSTEM | 2000323 | $0 |

7

**Recticel Interiors North America, LLC**

**Case Number:  09-73419 (PJS)**

**Exhibit  B-29**
**Machinery, fixtures, equipment, and supplies used in business.**

| Description | Asset No. | Net Book Value |
| --- | --- | --- |
| RCL WIRELESS CABLE PLANT | 2000083 | $0 |
| ROBOT ARM FOR FISUNIT | 2000207 | $0 |
| ROBOT RISERS | 2000064 | $0 |
| ROBOT RISERS | 2000124 | $0 |
| ROBOTS | 2000276 | $0 |
| ROBOTS | 2000283 | $0 |
| ROBOTS | 2000282 | $0 |
| ROBOTS | 2000281 | $0 |
| ROBOTS | 2000280 | $0 |
| ROBOTS | 2000279 | $0 |
| ROBOTS | 2000277 | $0 |
| ROBOTS | 2000275 | $0 |
| ROBOTS | 2000274 | $0 |
| ROBOTS | 2000273 | $0 |
| ROBOTS | 2000272 | $0 |
| ROBOTS | 2000271 | $0 |
| ROBOTS | 2000270 | $0 |
| ROBOTS | 2000278 | $0 |
| RTU MOLDS/REIMBURSEMENT | 2000292 | $0 |
| RTU SHIPPING RACKS | 2000293 | $0 |

8

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-29**

**Machinery, fixtures, equipment, and supplies used in business.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| RTU SHIPPING RACKS | 2000294 | $0 |
| SAU1 | 2000131 | $0 |
| SAU1 | 2000146 | $0 |
| SAU1 - WET ENDS | 2000135 | $0 |
| SAU2 | 2000144 | $0 |
| SAU2 - ABB-ROBOT | 2000129 | $0 |
| SAU4 - MEZZANINE | 2000030 | $0 |
| SAU4 - SPRINKLER SYSTEM | 2000026 | $0 |
| SCALES | 2000163 | $0 |
| SCHUNK DOCKING STATION | 2000076 | $0 |
| SCHUNK ELEMENTS - IDC | 2000156 | $0 |
| SCORING M/C | 2000059 | $0 |
| SC-P&E-16310 | 2000002 | $0 |
| SC-P&E-16310 | 2000003 | $0 |
| SPECTROPHOTOMETER | 2000201 | $0 |
| SPRAY WET-END - LINE 1 | 2000066 | $2 |
| STAND ALONE | 2000143 | $0 |
| STAND ALONE 2 | 2000000 | $0 |
| STAND ALONE 3 | 2000040 | $0 |
| TANK STATION | 2000077 | $0 |

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-29**

**Machinery, fixtures, equipment, and supplies used in business.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| TRANSPORT-SYSTEM - LINE 1 | 2000065 | $0 |
| TRANSPORT-SYSTEM-LINE 2 | 2000112 | $0 |
| TRUSS MOUNTED OH | 2000285 | $0 |
| W164 - AIRBAG EQUIPMENT | 2000339 | $62,375 |
| W164 - CHILLER | 2000121 | $0 |
| W164 - DIE CUTTING EQUIPMENT | 2000122 | $0 |
| W164 ADDITIONAL MOLDS FOR DOORS | 2000233 | $0 |
| W164 DBF | 2000115 | $0 |
| W164 DBF | 2000119 | $0 |
| W164 DBF - MASK HANDLING RACKS | 2000118 | $0 |
| W164 DBF - WET ENDS | 2000116 | $0 |
| W164 DBF LINE | 2000117 | $0 |
| W164 DEVELOPMENT COSTS | 2000187 | $0 |
| W164 IMPAIRMENT (2004) - DEVELOPMENT | 2000229 | $0 |
| W164 IMPAIRMENT (2005) - DEVELOPMENT | 2000230 | $0 |
| W164 PRE-SERIES COSTS | 2000188 | $0 |
| W164 PRE-SERIES COSTS (2004 IMPAIRMENT) | 2000223 | $0 |
| W164 PRE-SERIES COSTS (2005 IMPAIRMENT) | 2000225 | $0 |
| W251 DBF | 2000106 | $0 |
| W251 DBF | 2000109 | $0 |

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-29**
**Machinery, fixtures, equipment, and supplies used in business.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| W251 DBF - WET ENDS | 2000107 | $0 |
| W251 DBF LINE | 2000108 | $0 |
| W251 DBF LINE UPGRADE | 2000299 | $0 |
| W251 DIE CUTTING EQUIPMENT | 2000111 | $0 |
| W251 IMPAIRMENT (2005) - DEVELOPMENT | 2000231 | $0 |
| W251 PRE-SERIES COSTS | 2000186 | $0 |
| W251 PRE-SERIES COSTS (2004 IMPAIRMENT) | 2000224 | $0 |
| W251 PRE-SERIES COSTS (2005 IMPAIRMENT) | 2000226 | $0 |
| W251 START-UP COSTS | 2000185 | $0 |
| WATER HEATERS | 2000016 | $0 |
| WATER HEATERS | 2000022 | $0 |
| WATER HEATERS | 2000075 | $0 |
| WATER SOFTENER SYSTEM | 2000197 | $0 |
| WATERJET HOLDING FIXTURE | 2000159 | $0 |
| WATERJET M/C | 2000058 | $0 |
| WET ENDS - MINI TRF1 | 2000136 | $0 |
| WET ENDS - MINI TRF2 | 2000137 | $0 |
| WET ENDS - MINI TRF3 | 2000138 | $0 |
| WORKPLACES, LIGHT TABLES | 2000078 | $0 |
| WORKSHOP EQUIPMENT | 2000170 | $0 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number:  09-73419 (PJS)**

**Exhibit  B-29**
**Machinery, fixtures, equipment, and supplies used in business.**

| Description | Asset No. | Net Book Value |
|---|---|---|
| XY COLOR MATCHING BOOTH | 2000199 | $0 |

| | | |
|---|---|---|
| | **Total:** | $147,956 |

**Specific Notes**

The amounts reported are consistent with International Financial Reporting Standards and are exclusive of approximately $22,883,873 in impairments that have been booked by RINA.

12

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit B-30**
Inventory

| Description | Location Address | Amount |
| --- | --- | --- |
| AUXILARIES (SURLYN) | 5600 BOW POINTE DRIVE, CLARKSTON, MI 48346 | $75,230 |
| COMPOUNDS (COLOFAST) | 1420 INDUSTRIAL PARK DRIVE, TUSCALOOSA, AL 35401-0427 | $162,321 |
| COMPOUNDS (COLOFAST) | 5600 BOW POINTE DRIVE, CLARKSTON, MI 48346 | $180,852 |
| FIGS/SEMI'S | 1420 INDUSTRIAL PARK DRIVE, TUSCALOOSA, AL 35401-0427 | $263,730 |
| FIGS/SEMI'S | 5600 BOW POINTE DRIVE, CLARKSTON, MI 48346 | $133,167 |
| RAW CHEMICALS (INCL FOAM) | 1420 INDUSTRIAL PARK DRIVE, TUSCALOOSA, AL 35401-0427 | $118,062 |
| RAW CHEMICALS (INCL FOAM) | 5600 BOW POINTE DRIVE, CLARKSTON, MI 48346 | $52,989 |
| SUBSTRATES | 1420 INDUSTRIAL PARK DRIVE, TUSCALOOSA, AL 35401-0427 | $51,113 |
| SUBSTRATES | 5600 BOW POINTE DRIVE, CLARKSTON, MI 48346 | $29,630 |
| | | **$1,067,095** |

**Recticel Interiors North America, LLC**
**Case Number:  09-73419 (PJS)**

**Exhibit  B-35**
**Other personal property of any kind not already listed.**

| Account Name | Account Description | Net Book Value |
|---|---|---|
| PREPAID INSURANCE | PREPAID INSURANCE | $251,121 |
| PREPAID OTHERS | PREPAID OTHER - (4) VEHICLE LEASES | $61,011 |
| PREPAID OTHERS | PREPAID OTHER - RENT - 21602 BEAR VALLEY L.P. | $142,514 |
| PREPAID OTHERS | PREPAID OTHER - RENT - OAHU PROPERTIES, LLC | $59,389 |
| PREPAID TAXES | PREPAID PROPERTY TAXES | $264,290 |
|  |  | **$778,325** |

1

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number:  09-73419 (PJS)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than on of these three columns.)  Report the total of all claims listed on the schedules in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C | U | D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY | NOTES |
|---|---|---|---|---|---|---|---|---|
|  |  |  | ☐ | ☐ | ☐ |  |  |  |
|  |  |  | ☐ | ☐ | ☐ |  |  |  |
|  |  |  | ☐ | ☐ | ☐ |  |  |  |
|  |  |  | ☐ | ☐ | ☐ |  |  |  |
|  |  |  | ☐ | ☐ | ☐ |  |  |  |
|  |  |  | ☐ | ☐ | ☐ |  |  |  |

<u>1</u>   continuation sheets attached    **Total**    $0    $0

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

## SPECIFIC NOTES REGARDING SCHEDULE D

**Creditors Holding Secured Claims**

Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the extent, validity, priority, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercreditor or intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. If a Debtor is a guarantor with respect to a scheduled claim of another Debtor, the claim will be labeled "Contingent." The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the Debtors' agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financing agreements. No attempt has been made to identify such agreements for purposes of Schedule D. However, the Debtors reserve all of their rights to amend Schedule D in the future to the extent the Debtors determine that any claims associated with such agreements are properly reported on Schedule D. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed in Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including to argue that an agreement listed in Schedule G may be treated as a secured financing agreement, rather than an executory contract or unexpired lease. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

Some of the Debtors' creditors may have filed mechanic or materialman's liens following the commencement of the Debtors' chapter 11 cases. Some liens may, by virtue of section 546(b) of the Bankruptcy Code and applicable law, relate back to the period prior to the Petition Date. Any such liens that have been filed after the petition date are not listed on Schedule D.

To the extent that any landlords, real property and personal property lessors, utility companies, or other creditors hold a security deposit from any of the Debtors and to the extent that such deposits constitute secured claims, such deposits are not listed on Schedule D, except as specifically stated herein.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, or wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)**

☐ Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. Section 507(a)(3).

☐ Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. Section 507(a)(4).

☐ Contribution to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Section 507(a)(5).

☐ Certain farmers and fisherman

Claims of certain farmers and fisherman, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Section 507(a)(6).

☐ Deposits by individuals

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. Section 507(a)(7).

☐ Alimony, Maintenance, or Support

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Section 507(a)(7).

☑ Taxes and Certain Other Debts Owed to Government Units

Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Section 507(a)(8).

☐ Commitments to Maintain the capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. Section 507(a)(9).

☐ Administrative Expense Claims

Claims for the value of any goods received by the debtor within 20 days before the Petition Date in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

<u>6</u> continuation sheets attached

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recitel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| See Exhibit E-1 immediately following Schedule E | | Sales and Use Tax | ☑ | ☑ | ☐ | Undetermined | Undetermined |
| See Exhibit E-2 immediately following Exhibit E-1 | | Real and Personal Property Taxes | ☑ | ☑ | ☐ | Undetermined | Undetermined |
| See Exhibit E-3 immediately following Exhibit E-2 | | Business / Income Tax | ☑ | ☑ | ☐ | Undetermined | Undetermined |
| See Exhibit E-4 immediately following Exhibit E-3 | | Payroll Taxes | ☑ | ☑ | ☐ | Undetermined | Undetermined |
| | | | ☐ | ☐ | ☐ | | |
| | | **Total** | | | | **Undetermined** | **Undetermined** |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number:  09-73419 (PJS)**

## SPECIFIC NOTES REGARDING SCHEDULE E

**Creditors Holding Unsecured Priority Claims**

The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time.

As noted in the Global Notes, the Bankruptcy Court entered a first day order granting authority to the Debtors to pay certain prepetition employee wage and other obligations in the ordinary course (the "Employee Wage Order").  Pursuant to the Employee Wage Order, the Debtors believe that, other than potential Schedule F claims of certain former and current employees for vacation, personal and/or severance pay, any priority employee claims for prepetition amounts have been or will be satisfied, and such satisfied amounts are therefore not listed on Schedule E.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**

**Exhibit  E-1**
**Sales and Use Tax**

| Name | Address | City, State & Zip | C | U | D | Total Claim |
|------|---------|------------------|---|---|---|-------------|
| ALABAMA DEPARTMENT OF REVENUE | P.O. BOX 327010 | MONTGOMERY, AL  36132-7010 | ☑ | ☑ | ☐ | Undetermined |
| CITY OF TUSCALOOSA, REVENUE DEPT. | P.O. BOX 2089 | TUSCALOOSA, AL  35403 | ☑ | ☑ | ☐ | Undetermined |
| TUSCALOOSA COUNTY USE TAX BOARD | P.O. BOX 20738 | TUSCALOOSA, AL  35402 | ☑ | ☑ | ☐ | Undetermined |

Undetermined

1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit  E-2**
**Real and Personal Property Taxes**

| Name | Address | City, State & Zip | C | U | D | Total Claim |
|------|---------|-------------------|---|---|---|-------------|
| CHARTER TOWNSHIP OF INDEPENDENCE | 6483 WALDON CENTER DRIVE | CLARKSTON, MI  48347-0069 | ☑ | ☑ | ☐ | Undetermined |
| JEFF BROWN  - LICENSE COMMISSIONER | P.O. BOX 020737 | TUSCALOOLSA, AL  35402 | ☑ | ☑ | ☐ | Undetermined |
| PEYTON C COCHRANE, TAX COLLECTOR | 714 GREENSBORO AVE | TUSCALOOSA, AL  35401-1891 | ☑ | ☑ | ☐ | Undetermined |

Undetermined

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**

**Exhibit  E-3**
**Business / Income Tax**

| Name | Address | City, State & Zip | C | U | D | Total Claim Amount |
|------|---------|-------------------|---|---|---|--------------------|
| ALABAMA DEPARTMENT OF REVENUE, BUSINESS PRIVILEGE TAX SECTION | P.O. BOX 327431 | MONTGOMERY, AL  36132-7431 | ☑ | ☑ | ☐ | Undetermined |
| ALABAMA DEPARTMENT OF REVENUE, INDIVIDUAL & CORPORATE TAX DIVISION | P.O. BOX 327435 | MONTGOMERY, AL  36132-7435 | ☑ | ☑ | ☐ | Undetermined |
| CITY OF TUSCALOOSA, REVENUE DEPARTMENT | P.O. BOX 2089 | TUSCALOOSA, AL  35403 | ☑ | ☑ | ☐ | Undetermined |
| INTERNAL REVENUE SERVICE | P.O. BOX 409101 | OGDEN, UT  84409 | ☑ | ☑ | ☐ | Undetermined |
| SOUTH CAROLINA  DEPARTMENT OF REVENUE CORPORATION | 301 GERVAIS STREET P.O. BOX 125 | COLUMBIA, SC  29214-0006 | ☑ | ☑ | ☐ | Undetermined |
| STATE OF MICHIGAN | P.O. BOX 30657 | LANSING, MI  48909-8157 | ☑ | ☑ | ☐ | Undetermined |

**Undetermined**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**

**Exhibit E-4**
**Payroll Taxes**

| Name | Address | City, State & Zip | C | U | D | Total Claim Amount |
|------|---------|-------------------|---|---|---|--------------------|
| ALABAMA DEPARTMENT OF REVENUE, EFT UNIT | P.O. BOX 327950 | MONTGOMERY, AL 36132-7950 | ☑ | ☑ | ☐ | Undetermined |
| CITY OF DETROIT, CITY TREASURER INCOME TAX DIVISION | 2 WOODWARD AVENUE ROOM 512 | DETROIT, MI 48226 | ☑ | ☑ | ☐ | Undetermined |
| CITY OF FLINT, INCOME TAX ADMINISTRATOR | 1101 SOUTH SAGINAW STREET | FLINT, MI 48506 | ☑ | ☑ | ☐ | Undetermined |
| INTERNAL REVENUE SERVICE, DEPARTMENT OF TREASURY | P.O. BOX 804521 | CINCINNATI, OH 45280-4521 | ☑ | ☑ | ☐ | Undetermined |
| STATE OF ALABAMA | DEPARTMENT OF INDUSTRIAL RELATIONS 649 MONROE STREET | MONTGOMERY, AL 36131-0099 | ☑ | ☑ | ☐ | Undetermined |
| STATE OF MICHIGAN, DEPARTMENT OF TREASURY SALES, USE, AND WITHHOLDING TAX DIVISION | TREASURY BUILDING 430 WEST ALLEGAN | LANSING, MI 48226 | ☑ | ☑ | ☐ | Undetermined |
| STATE OF MICHIGAN, MESC WAGE REPORTING UNIT | PO BOX 9052 | DETROIT, MI 48202-9052 | ☑ | ☑ | ☐ | Undetermined |
| TREASURER CITY OF PONTIAC, INCOME TAX DEPARTMENT | 450 WIDE TRACK DRIVE | EAST PONTIAC, MI 48058 | ☑ | ☑ | ☐ | Undetermined |

**Undetermined**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number:  09-73419 (PJS)**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the filing of the petition.  Do not include claims listed in Schedule D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

 If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

 If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on the schedules in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C | U | D | TOTAL AMOUNT OF CLAIMS |
|---|---|---|---|---|---|---|
| See Exhibit F-1 immediately following Schedule F | | Trade Payable | ☐ | ☐ | ☐ | $873,926 |
| See Exhibit F-2 immediately following Exhibit F-1 | | Goods Received, Not Invoiced - Trade Payable | ☑ | ☑ | ☐ | $533,111 |
| See Exhibit F-3 immediately following Exhibit F-2 | | Customer Credit Balances | ☑ | ☑ | ☑ | $23,812 |
| See Exhibit F-4 immediately following Exhibit F-3 | | Litigation | ☑ | ☑ | ☑ | Undetermined |
| See Exhibit F-5 immediately following Exhibit F-4 | | Intercompany | ☐ | ☐ | ☐ | $49,707,167 |
| See Exhibit F-6 immediately following Exhibit F-5 | | Other Liabilities | ☑ | ☑ | ☑ | $406,984 |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |

<u>15</u>    total continuation sheets attached     **Total**     **$51,545,000**

**Recticel Interiors North America, LLC**

**Case Number:  09-73419 (PJS)**

## SPECIFIC NOTES REGARDING SCHEDULE F

**Creditors Holding Unsecured Nonpriority Claims**

The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule F based upon the Debtors' existing books and records.

Schedule F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although commercially reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.

Schedule F contains information regarding potential and pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, however, such information is contained in the Schedule for that Debtor.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Except in certain limited circumstances, the Debtors have not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule F. Such guaranties are, instead, listed on Schedule H.

The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances. The dollar amounts listed may be exclusive of contingent or unliquidated amounts.

Unless the Debtors were required to pay ancillary costs, such as freight, miscellaneous fees and taxes, such costs are not included in the liabilities scheduled, as such amounts do not represent actual liabilities of the Debtor.

**Schedule - Trade Payables**

Trade Payables listed on Schedule F contain the pre-petition liability information available to the Debtors as of the Petition Date and do not include any payments made to vendors subsequent to the Petition Date related to prepetition obligations per the First Day Order Authorizing the Debtors to Pay Certain Prepetition Claims of Lien Claimants (Docket No. 49).

**Schedule - Intercompany**

Prior to the Petition Date, the Debtors routinely engaged in intercompany transactions resulting in intercompany accounts payable and accounts receivable. The respective intercompany accounts payable and accounts receivable are listed at the net amount due to/due from the debtor as of 10/29/09 on Schedule F for each Debtor.

Recticel Interiors North America, LLC

Case Number: **09-73419 (PJS)**

**Exhibit F-1**
**Trade Payable**

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| ABB AUTOMATION, INC. | 1250 BROWN RD. | AUBURN HILLS, MI 48326 | TRADE PAYABLE - 115739 | ☐ | ☐ | ☐ | $29,173 |
| ACC BUSINESS | 400 WEST AVENUE | ROCHESTER, NY 14611 | TRADE PAYABLE - 119777 | ☐ | ☐ | ☐ | $1,385 |
| ADP, INC. | P.O. BOX 9001006 | LOUISVILLE, KY 40290-1006 | TRADE PAYABLE - 114830 | ☐ | ☐ | ☐ | $778 |
| AFC INTERNATIONAL, INC. | 715C SW ALMOND ST. P.O. BOX 894 | DEMOTTE, IN 46310 | TRADE PAYABLE - 113957 | ☐ | ☐ | ☐ | $160 |
| AIG | 3600 ROUTE 66 | NEPTUNE, NJ 07754 | TRADE PAYABLE - 147505 | ☐ | ☐ | ☐ | $11,241 |
| AIRGAS SOUTH, INC. | 1701 51ST STREET | TUSCALOOSA, AL 35401 | TRADE PAYABLE - 118543 | ☐ | ☐ | ☐ | $83 |
| ALABAMA DEPARTMENT OF REVENUE, SALES, USE & BUSINESS TAX DIVISION | P.O. BOX 327710 | MONTGOMERY, AL 36132-7710 | TRADE PAYABLE - 149517 | ☐ | ☐ | ☐ | $1,613 |
| ANDROID INDUSTRIES | 2051 CANAL | LANSING, MI 48917 | TRADE PAYABLE - 140669 | ☐ | ☐ | ☐ | $180 |
| AT&T | PO BOX 8100 | AURORA, IL 60507-8100 | TRADE PAYABLE - 113602 | ☐ | ☐ | ☐ | $682 |
| AT&T | P.O. BOX 105262 | ATLANTA, GA 30348-5262 | TRADE PAYABLE - 119720 | ☐ | ☐ | ☐ | $541 |
| AT&T | P.O. BOX 13148 | NEWARK, NJ 07101-5648 | TRADE PAYABLE - 143622 | ☐ | ☐ | ☐ | $3,174 |
| BACK2BACK MINISTRIES | 3585 WILLOUGHBY ROAD | HOLT, MI 48842 | TRADE PAYABLE - 999980 | ☐ | ☐ | ☐ | $60 |
| BARLOWORLD HANDLING LP | 3930 PINSON VALLEY PARKWAY | BIRMINGHAM, AL 35217 | TRADE PAYABLE - 120779 | ☐ | ☐ | ☐ | $11,368 |
| BASF CORPORATION | 3000 CONTINENTAL DRIVE NORTH | MOUNT OLIVE, NJ 07828-1234 | TRADE PAYABLE - 113632 | ☐ | ☐ | ☐ | $57,198 |
| BOB KRAJICEK | 310 WOODLAWN | ROYAL OAK, MI 48073 | TRADE PAYABLE - US000207 | ☐ | ☐ | ☐ | $22 |
| BRADLEY H. SMITH | 457 5TH AVENUE NW | GORDO, AL 35466 | TRADE PAYABLE - US000262 | ☐ | ☐ | ☐ | $5 |
| BUGS BEE GONE | 11568 EMBER | DAVISBURG, MI 48350 | TRADE PAYABLE - 148314 | ☐ | ☐ | ☐ | $80 |
| CADILLAC COFFEE | 1460 COMBERMERE | TROY, MI 48083 | TRADE PAYABLE - 116234 | ☐ | ☐ | ☐ | $548 |

Recticel Interiors North America, LLC
Case Number: 09-73419 (PJS)

Exhibit F-1
Trade Payable

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| CAPSTONE PROCESS SYSTEMS | P.O. BOX 2408 | TUSCALOOSA, AL 35403 | TRADE PAYABLE - 150455 | ☐ | ☐ | ☐ | $100 |
| CDW DIRECT, LLC | 200 N. MILWAUKEE AVE | VERNON HILLS, IL 60061 | TRADE PAYABLE - 129300 | ☐ | ☐ | ☐ | $579 |
| CECH CORP - LIVONIA | 11675 BELDEN COURT | LIVONIA, MI 48150 | TRADE PAYABLE - 113968 | ☐ | ☐ | ☐ | $815 |
| CINTAS #215 | P.O. BOX 1670 | TUSCALOOSA, AL 35401-1670 | TRADE PAYABLE - 129282 | ☐ | ☐ | ☐ | $1,663 |
| CINTAS CORPORATION #354 | 51518 QUADRATE DRIVE | MACOMB TOWNSHIP, MI 48042 | TRADE PAYABLE - 113663 | ☐ | ☐ | ☐ | $576 |
| CLARKSTON MEDICAL GROUP | 5701 BOW POINTE DRIVE | CLARKSTON, MI 48346 | TRADE PAYABLE - 149903 | ☐ | ☐ | ☐ | $125 |
| COLONIAL LIFE | P.O. BOX 903 | COLUMBIA, SC 29202-0903 | TRADE PAYABLE - 148019 | ☐ | ☐ | ☐ | $2,491 |
| CONSOLIDATED ELECTRICAL DISTRIBUTOR | 3435 ERIC CIRCLE | TUSCALOOSA, AL 35401 | TRADE PAYABLE - 140904 | ☐ | ☐ | ☐ | $47 |
| CONTINENTAL CARBONIC PRODUCT | 25920 NORTHLINE COMMERCE SUITE 403 | TAYLOR, MI 48183 | TRADE PAYABLE - 133370 | ☐ | ☐ | ☐ | $235 |
| CONTINENTAL CARBONIC PRODUCT | 124 SOUTH 16TH STREET | BIRMINGHAM, AL 35233 | TRADE PAYABLE - 143660 | ☐ | ☐ | ☐ | $983 |
| CS MANUFACTURING INC. | 299 W. CHERRY STREET P.O. BOX 230K | CEDAR SPRINGS, MI 49319 | TRADE PAYABLE - 149942 | ☐ | ☐ | ☐ | $21,711 |
| DYNAMIC TECHNOLOGY INC. | 1200 N. OLD US 23 P.O. BOX 559 | HARTLAND, MI 48353-0559 | TRADE PAYABLE - 113974 | ☐ | ☐ | ☐ | $175 |
| EAGLE SECURITY SERVICES | 5333 1ST AVENUE NORTH | BIRMINGHAM, AL 35212 | TRADE PAYABLE - 139252 | ☐ | ☐ | ☐ | $1,170 |
| ECKHOUT, PATRICK | 462 DUNCAN CT. | ROCHESTER, MI 48307 | TRADE PAYABLE - US000874 | ☐ | ☐ | ☐ | $718 |
| EXFIL | 13085 FAIRLANE | LIVONIA, MI 48150 | TRADE PAYABLE - 131864 | ☐ | ☐ | ☐ | $471 |
| EXOTIC AUTOMATION & SUPPLY | P.O. BOX 395 | FARMINGTON, MI 48332-0395 | TRADE PAYABLE - 113725 | ☐ | ☐ | ☐ | $593 |
| EXPRESS PERSONNEL SERVICES, INC. | P.O. BOX 281533 | ATLANTA, GA 30384-1533 | TRADE PAYABLE - 115494 | ☐ | ☐ | ☐ | $19,621 |

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**

**Exhibit  F-1**
**Trade Payable**

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| F.B. WRIGHT | 9999 MERCIER AVE P.O. BOX 770 | DEARBORN, MI 48120 | TRADE PAYABLE - 118762 | ☐ | ☐ | ☐ | $2,007 |
| FEDEX | P.O. BOX 371461 | PITTSBURGH, PA 15250-7461 | TRADE PAYABLE - 128672 | ☐ | ☐ | ☐ | $1,784 |
| GRAINGER | 1657 SHERMER ROAD | NORTHBROOK, IL 60062-5362 | TRADE PAYABLE - 113750 | ☐ | ☐ | ☐ | $1,147 |
| GUARDIAN ALARM OF MICHIGAN, INC. | 20800 SOUTHFIELD ROAD | SOUTHFIELD, MI 48075 | TRADE PAYABLE - 113757 | ☐ | ☐ | ☐ | $1,946 |
| GUARDIAN-IPCO, INC. | 6606 CAHABA VALLEY RD | BIRMINGHAM, AL 35242 | TRADE PAYABLE - 130200 | ☐ | ☐ | ☐ | $93 |
| GUTHRIE LANDSCAPE SERVICES | P.O. BOX 21270 | TUSCALOOSA, AL 35402 | TRADE PAYABLE - 130224 | ☐ | ☐ | ☐ | $1,054 |
| GWK GESELLSCHAFT WÄRME KÄLTETECHNIK MBH | FRIEDRICH-EBERT-STRASSE 310-314 | KIERSPE,  58566 | TRADE PAYABLE - 100686 | ☐ | ☐ | ☐ | $5,150 |
| HENNECKE INC. | 55 PARK DRIVE | LAWRENCE, PA 15055 | TRADE PAYABLE - 144626 | ☐ | ☐ | ☐ | $1,065 |
| INDEPENDENCE TOWNSHIP D.P.W. | 6050 FLEMINGS LAKE ROAD P.O. BOX 69 | CLARKSTON, MI 48347 | TRADE PAYABLE - 140038 | ☐ | ☐ | ☐ | $5,913 |
| INDUSTRIAL WAREHOUSE SERVICES | 500 BEAR CREEK CUTOFF ROAD | TUSCALOOSA, AL 35405 | TRADE PAYABLE - 141859 | ☐ | ☐ | ☐ | $1,685 |
| INTEVA PRODUCTS | 1450 EAST BEECHER ST | ADRIAN, MI 49221 | TRADE PAYABLE - 148859 | ☐ | ☐ | ☐ | $7,906 |
| JERMAINE DAVIS | 7651 HWY 69 N. | NORTHPORT, AL 35473 | TRADE PAYABLE - US000882 | ☐ | ☐ | ☐ | $12 |
| KEATING, JAMES | 1155 KEATING ROAD | KENNEDY, AL 35574 | TRADE PAYABLE - US000868 | ☐ | ☐ | ☐ | $416 |
| KELLY SERVICES, INC. | P.O. BOX 530437 | ATLANTA, GA 30353-0437 | TRADE PAYABLE - 141288 | ☐ | ☐ | ☐ | $1,002 |
| LATANYA TINNIN | 6 ELM AVENUE | BESSEMER, AL 35020 | TRADE PAYABLE - US000841 | ☐ | ☐ | ☐ | $83 |
| LEADER BUSINESS | 20900 HUBBELL | OAK PARK, MI 48237 | TRADE PAYABLE - 116238 | ☐ | ☐ | ☐ | $787 |
| LOWE'S CREDIT SERVICES | P.O. BOX 530954 | ATLANTA, GA 30353-0954 | TRADE PAYABLE - 113800 | ☐ | ☐ | ☐ | $415 |

Recticel Interiors North America, LLC
Case Number: 09-73419 (PJS)

Exhibit F-1
Trade Payable

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| MACLELLAN INTEGRATED SERVICES, INC. | P.O. BOX 632952 | CINCINNATI, OH 45263-2952 | TRADE PAYABLE - 142730 | ☐ | ☐ | ☐ | $42,247 |
| MACOMB PIPE & SUPPLY, INC. | 34400 MOUND ROAD | STERLING HEIGHTS, MI 48310 | TRADE PAYABLE - 130136 | ☐ | ☐ | ☐ | $212 |
| MASTER DISTRIBUTORS | 842 S. 7TH STREET | LOUISVILLE, KY 40203-2149 | TRADE PAYABLE - 150412 | ☐ | ☐ | ☐ | $799 |
| MASTER'S SEALCOATING | P.O. BOX 26 | GENOA, OH 43430 | TRADE PAYABLE - 999980 | ☐ | ☐ | ☐ | $8,600 |
| MCALISTER'S CORPORATION | P.O. BOX 2480 | RIDGELAND, MS 39158 | TRADE PAYABLE - 137400 | ☐ | ☐ | ☐ | $90 |
| MCMASTER-CARR SUPPLY CO. | P.O. BOX 7690 | CHICAGO, IL 60680-7690 | TRADE PAYABLE - 113808 | ☐ | ☐ | ☐ | $790 |
| MCNAUGHTON-MCKAY | 1357 EAST LINCOLN AVE. | MADISON HEIGHTS, MI 48071 | TRADE PAYABLE - 131246 | ☐ | ☐ | ☐ | $584 |
| MICRO - EPSILON | 8120 BROWNLEIGH DR. | RALEIGH, NC 27617 | TRADE PAYABLE - 137690 | ☐ | ☐ | ☐ | $390 |
| MID-STATE BOLT AND SCREW CO. | 4126 SOMERS DRIVE | BURTON, MI 48529 | TRADE PAYABLE - 140039 | ☐ | ☐ | ☐ | $827 |
| MILLER LANDSCAPE INC. | 815 BROWN ROAD | ORION, MI 48359 | TRADE PAYABLE - 113819 | ☐ | ☐ | ☐ | $175 |
| MILLER SERVICE COMPANY | 421 SKYLAND BLVD | TUSCALOOSA, AL 35405 | TRADE PAYABLE - 136941 | ☐ | ☐ | ☐ | $725 |
| MSC INDUSTRIAL SUPPLY CO. SID TOOL CO., INC. | 34 BOLAND CT. | GREENVILLE, SC 29615 | TRADE PAYABLE - 115433 | ☐ | ☐ | ☐ | $1,193 |
| NATION/RUSKIN INC. | 206 PROGRESS DRIVE | MONTGOMERYVILLE, PA 18936 | TRADE PAYABLE - 131384 | ☐ | ☐ | ☐ | $358 |
| NATIONAL AIR FILTERS, INC. | 1109 NEW HOPE RD. | RALEIGH, NC 27610 | TRADE PAYABLE - 113995 | ☐ | ☐ | ☐ | $1,480 |
| NORTHPORT ELECTRICAL SUPPLY | 3111 MCFARLAND BLVD | NORTHPORT, AL 35476 | TRADE PAYABLE - 120005 | ☐ | ☐ | ☐ | $32 |
| OFFICE EXPRESS | 1280 EAST BIG BEAVER, SUITE A | TROY, MI 48083 | TRADE PAYABLE - 113834 | ☐ | ☐ | ☐ | $1,448 |
| PC CONNECTION | 730 MILFORD RD. | MERRIMACK, NH 03054 | TRADE PAYABLE - 114115 | ☐ | ☐ | ☐ | $1,279 |
| POWER & RUBBER SUPPLY | 1501 35TH ST | TUSCALOOSA, AL 35401 | TRADE PAYABLE - 130922 | ☐ | ☐ | ☐ | $826 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit F-1**

**Trade Payable**

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| QUALITY CARRIERS INC. | 6626 STATE ROAD 795 | WALBRIDGE, OH 43465 | TRADE PAYABLE - 113862 | ☐ | ☐ | ☐ | $6,600 |
| QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. | 1201 S. COLLEGEVILLE ROAD | COLLEGEVILLA, PA 19426 | TRADE PAYABLE - 149948 | ☐ | ☐ | ☐ | $233 |
| RECO EDISON | 5000 LINBAR DRIVE - SUITE 200 | NASHVILLE, TN 37211 | TRADE PAYABLE - 142432 | ☐ | ☐ | ☐ | $951 |
| RECON MANAGEMENT GROUP LLC | 30400 TELEGRAPH | BINGHAM FARMS, MI 48025 | TRADE PAYABLE - 140668 | ☐ | ☐ | ☐ | $249 |
| RED WING SHOE STORE | 4189 BALDWIN ROAD | AUBURN HILLS, MI 48326 | TRADE PAYABLE - 137470 | ☐ | ☐ | ☐ | $699 |
| REI TRANSPORTATION | P.O. BOX 120 | ROMEO, MI 48065-0120 | TRADE PAYABLE - 132192 | ☐ | ☐ | ☐ | $17,880 |
| RJ HANLON COMPANY, INC. | 3501 EAST SR 32 | NOBLESVILLE, IN 46060 | TRADE PAYABLE - 137254 | ☐ | ☐ | ☐ | $8,698 |
| ROY SHAW | 8855 CO. RD. #12 | FAYETTE, AL 35555 | TRADE PAYABLE - US000267 | ☐ | ☐ | ☐ | $12 |
| SAM'S CLUB | P.O. BOX 530970 | ATLANTA, GA 30353-0970 | TRADE PAYABLE - 115881 | ☐ | ☐ | ☐ | $1,108 |
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE, INC. | 13690 RIVERPORT DRIVE | MARYLAND HEIGHTS, MO 63043 | TRADE PAYABLE - 142828 | ☐ | ☐ | ☐ | $339 |
| SMITH'S MACHINE | 14120 HWY 11 NORTH | COTTONDALE, AL 35453 | TRADE PAYABLE - 129159 | ☐ | ☐ | ☐ | $16,110 |
| SOUTHEASTERN FREIGHT LINES | P.O. BOX 100104 | COLUMBIA, SC 29202 | TRADE PAYABLE - 118652 | ☐ | ☐ | ☐ | $49 |
| SOUTHERN CONTROLS INC. | 401 PINE VALLEY CIRCLE | BESSEMER, AL 35022 | TRADE PAYABLE - 136491 | ☐ | ☐ | ☐ | $993 |
| SPRAYING SYSTEMS CO. | SCHMALE RD. NORTH AVE P.O. BOX 7900 | WHEATON, IL 60189-7900 | TRADE PAYABLE - 113900 | ☐ | ☐ | ☐ | $3,576 |
| SYSTECH ENVIRONMENTAL CORPORATION | 3085 WOODMAN DR. SUITE 300 | DAYTON, OH 45420 | TRADE PAYABLE - 144015 | ☐ | ☐ | ☐ | $3,701 |
| TD INDUSTRIAL COVERINGS, INC. | 6220 18 1/2 MILE ROAD | STERLING HEIGHTS, MI 48314 | TRADE PAYABLE - 113913 | ☐ | ☐ | ☐ | $353 |
| TECHNICAL DIFFERENCES | 5256 S. MISSION RD. | BONSALL, CA 92003 | TRADE PAYABLE - 113914 | ☐ | ☐ | ☐ | $2,214 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**

**Exhibit F-1**
**Trade Payable**

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| TEMPTEK, INC. | 525 EAST STOP 18 ROAD P.O. BOX 1152 | GREENWOOD, IN 46143 | TRADE PAYABLE - 118549 | ☐ | ☐ | ☐ | $865 |
| TERMINIX | 2109 LURLEEN B. WALLACE | NORTHPORT, AL 35476 | TRADE PAYABLE - 137104 | ☐ | ☐ | ☐ | $212 |
| THE BOSTWICK-BRAUN COMPANY | P.O. BOX 986 | TOLEDO, OH 43697-0986 | TRADE PAYABLE - 132911 | ☐ | ☐ | ☐ | $3,183 |
| THOMPSON CAT RENTAL | 3550 JOE MALASHAM PARKWAY | TUSCALOOSA, AL 35401 | TRADE PAYABLE - 139527 | ☐ | ☐ | ☐ | $390 |
| TINA YOUNG | 12469 TIMBERLANE | RALPH, AL 35480 | TRADE PAYABLE - US000432 | ☐ | ☐ | ☐ | $170 |
| TOOL-SMITH | 1300 4TH AVE SOUTH | BIRMINGHAM, AL 35233 | TRADE PAYABLE - 141493 | ☐ | ☐ | ☐ | $426 |
| TUSCALOOSA BLUEPRINTING | 2009 UNIVERSITY BLVD | TUSCALOOSA, AL 35401 | TRADE PAYABLE - 118451 | ☐ | ☐ | ☐ | $47 |
| TUSCALOOSA FLOWER SHOP | 2208 UNIVERSITY BLVD | TUSCALOOSA, AL 35401 | TRADE PAYABLE - 136421 | ☐ | ☐ | ☐ | $334 |
| UFP TECHNOLOGIES - SIMCO AUTOMOTIVE | 51362 QUADRATE DRIVE | MACOMB TOWNSHIP, MI 48042 | TRADE PAYABLE - 118034 | ☐ | ☐ | ☐ | $461,157 |
| UNIVAR USA | 2145 SKYLAND COURT | NORCROSS, GA 30071 | TRADE PAYABLE - 144542 | ☐ | ☐ | ☐ | $3,321 |
| UNIVAR USA INC. | 27001 TROLLEY INDUSTRIAL DR. | TAYLOR, MI 48180 | TRADE PAYABLE - 114012 | ☐ | ☐ | ☐ | $3,395 |
| UNUM PROVIDENT CORP | P.O. BOX 409548 | ATLANTA, GA 30384-9548 | TRADE PAYABLE - 113936 | ☐ | ☐ | ☐ | $1,367 |
| UPS | LOCKBOX 577 | CAROL STREAM, IL 60132-0577 | TRADE PAYABLE - 120134 | ☐ | ☐ | ☐ | $608 |
| UPS SUPPLY CHAIN SOLUTIONS, INC. | P.O. BOX 34486 | LOUISVILLE, KY 40232 | TRADE PAYABLE - 113937 | ☐ | ☐ | ☐ | $78 |
| USF HOLLAND INC. | 750 EAST 40TH STREET P.O. BOX 9021 | HOLLAND, MI 49422-9021 | TRADE PAYABLE - 113938 | ☐ | ☐ | ☐ | $1,794 |
| VEOLIA ENVIRONMENTAL SERVICES | 10690 SIX MILE RD | NORTHVILLE, MI 48167 | TRADE PAYABLE - 113838 | ☐ | ☐ | ☐ | $1,481 |
| WEBER MANUFACTURING LTD | 16566 HIGHWAY 12 | MIDLAND, ON L4R 4L1 | TRADE PAYABLE - 113949 | ☐ | ☐ | ☐ | $63,574 |

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**

**Exhibit F-1**
**Trade Payable**

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| WHARF | 220 MCFARLAND BLVD | NORTHPORT, AL 35476 | TRADE PAYABLE - 120044 | ☐ | ☐ | ☐ | $1,273 |
| WILLIS OF PENNSYLVANIA, INC. | P.O. BOX 643886 | PITTSBURGH, PA 15264-3886 | TRADE PAYABLE - 149844 | ☐ | ☐ | ☐ | $429 |
| X-RITE, INC. | 4300 44TH STREET S.E. | GRAND RAPIDS, MI 49512 | TRADE PAYABLE - 115098 | ☐ | ☐ | ☐ | $1,172 |

$873,926

Recticel Interiors North America, LLC

Case Number: 09-73419 (PJS)

Exhibit F-2

Goods Received, Not Invoiced - Trade Payable

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| ABB AUTOMATION, INC. | 1250 BROWN RD. | AUBURN HILLS, MI 48326 | GR / IR TRADE PAYABLE - 115739 | ☑ | ☑ | ☐ | $2,015 |
| ACTION PLUMBING COMPANY, | 3014 SARATOGA LANE | TUSCALOOSA, AL 35406 | GR / IR TRADE PAYABLE - 150320 | ☑ | ☑ | ☐ | $835 |
| AIRGAS SAFETY, INC. | P.O. BOX 915884 | DALLAS, TX 75398-1884 | GR / IR TRADE PAYABLE - 150683 | ☑ | ☑ | ☐ | $422 |
| ALABAMA AUTOMOTIVE MANUF. ASSN. | 500 BEACON PARKWAY WEST | BIRMINGHAM, AL 35209 | GR / IR TRADE PAYABLE - 115591 | ☑ | ☑ | ☐ | $75 |
| ALABAMA BOLT & SUPPLY INC. | 5200 OLD MONTGOMERY HIGHWAY | TUSCALOOSA, AL 35405-4057 | GR / IR TRADE PAYABLE - 119621 | ☑ | ☑ | ☐ | $287 |
| ASHLAND DISTRIBUTION COMPANY | P.O. BOX 2219 | COLUMBUS, OH 43216 | GR / IR TRADE PAYABLE - 113614 | ☑ | ☑ | ☐ | $5,196 |
| BASS | 6260 18 1/2 MILE ROAD | STERLING HEIGHTS, MI 48314 | GR / IR TRADE PAYABLE - 999980 | ☑ | ☑ | ☐ | $27 |
| BUMLER MECHANICAL, INC. | 6260 18 1/2 MILE ROAD | STERLING HEIGHTS, MI 48314 | GR / IR TRADE PAYABLE - 136646 | ☑ | ☑ | ☐ | $1,190 |
| CADENCE INNOVATIONS | 26090 23 MILE ROAD | CHESTERFIELD, MI 48051 | GR / IR TRADE PAYABLE - 140782 | ☑ | ☑ | ☐ | $12,131 |
| CAIN STEEL AND SUPPLY COMPANY, INC. | 2850 20TH STREET P.O. BOX 1369 | TUSCALOOSA, AL 35401 | GR / IR TRADE PAYABLE - 118315 | ☑ | ☑ | ☐ | $221 |
| CANNON FREIGHT SYSTEMS | 25325 JOY RD | HARRISON TWP, MI 48045 | GR / IR TRADE PAYABLE - 131360 | ☑ | ☑ | ☐ | $3,188 |
| CDW DIRECT, LLC | 200 N. MILWAUKEE AVE | VERNON HILLS, IL 60061 | GR / IR TRADE PAYABLE - 129300 | ☑ | ☑ | ☐ | $618 |
| CONSOLIDATED ELECTRICAL DISTRIBUTOR | 3435 ERIC CIRCLE | TUSCALOOSA, AL 35401 | GR / IR TRADE PAYABLE - 140904 | ☑ | ☑ | ☐ | $53 |
| CONTINENTAL CARBONIC PRODUCT | 25920 NORTHLINE COMMERCE SUITE 403 | TAYLOR, MI 48183 | GR / IR TRADE PAYABLE - 133370 | ☑ | ☑ | ☐ | $198 |
| CONTINENTAL CARBONIC PRODUCT | 124 SOUTH 16TH STREET | BIRMINGHAM, AL 35233 | GR / IR TRADE PAYABLE - 143660 | ☑ | ☑ | ☐ | $1,771 |
| CS MANUFACTURING INC. | 299 W. CHERRY STREET P.O. BOX 230K | CEDAR SPRINGS, MI 49319 | GR / IR TRADE PAYABLE - 149942 | ☑ | ☑ | ☐ | $7,407 |

Recticel Interiors North America, LLC
Case Number: 09-73419 (PJS)

Exhibit F-2
Goods Received, Not Invoiced - Trade Payable

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| DYNAMIC TECHNOLOGY INC. | 1200 N. OLD US 23 P.O. BOX 559 | HARTLAND, MI 48353-0559 | GR / IR TRADE PAYABLE - 113974 | ☑ | ☑ | ☐ | $161 |
| EAGLE SECURITY SERVICES | 5333 1ST AVENUE NORTH | BIRMINGHAM, AL 35212 | GR / IR TRADE PAYABLE - 139252 | ☑ | ☑ | ☐ | $450 |
| ECLIPSE, INC. | P.O. BOX 71424 | CHICAGO, IL 61694-1424 | GR / IR TRADE PAYABLE - 999980 | ☑ | ☑ | ☐ | $647 |
| EXFIL | 13085 FAIRLANE | LIVONIA, MI 48150 | GR / IR TRADE PAYABLE - 131864 | ☑ | ☑ | ☐ | $647 |
| EXOTIC AUTOMATION & SUPPLY | P.O. BOX 395 | FARMINGTON, MI 48332-0395 | GR / IR TRADE PAYABLE - 113725 | ☑ | ☑ | ☐ | $1,147 |
| FIFE-PEARCE ELECTRIC COMPANY | 20201 SHERWOOD | DETROIT, MI 48234 | GR / IR TRADE PAYABLE - 119718 | ☑ | ☑ | ☐ | $493 |
| FLORIDA PRODUCTION ENGINEERING INC. | 1855 STATE ROUTE 121 NORTH | NEW MADISON, OH 45346 | GR / IR TRADE PAYABLE - 138953 | ☑ | ☑ | ☐ | $7,220 |
| GRAINGER | 1657 SHERMER ROAD | NORTHBROOK, IL 60062-5362 | GR / IR TRADE PAYABLE - 113750 | ☑ | ☑ | ☐ | $1,389 |
| HANDEY'S ELECTRONIC CENTER | 336 NORTH COURT STREET | MONTGOMERY, AL 36104 | GR / IR TRADE PAYABLE - 140624 | ☑ | ☑ | ☐ | $420 |
| INTEVA PRODUCTS | 1450 EAST BEECHER ST | ADRIAN, MI 49221 | GR / IR TRADE PAYABLE - 148859 | ☑ | ☑ | ☐ | $17,058 |
| J.A. KING | 195 GOSSETT RD. | GREER, SC 29645 | GR / IR TRADE PAYABLE - 113776 | ☑ | ☑ | ☐ | $4,308 |
| MCNAUGHTON-MCKAY | 1357 EAST LINCOLN AVE. | MADISON HEIGHTS, MI 48071 | GR / IR TRADE PAYABLE - 131246 | ☑ | ☑ | ☐ | $127 |
| METTLER TOLEDO, INC. | 22670 NETWORK PLACE | CHICAGO, IL 60673-1226 | GR / IR TRADE PAYABLE - 130401 | ☑ | ☑ | ☐ | $5 |
| MICRO - EPSILON | 8120 BROWNLEIGH DR. | RALEIGH, NC 27617 | GR / IR TRADE PAYABLE - 137690 | ☑ | ☑ | ☐ | $880 |
| MOTION INDUSTRIES | 3721 11TH AVE P.O. BOX 1366 | TUSCALOOSA, AL 35401 | GR / IR TRADE PAYABLE - 118814 | ☑ | ☑ | ☐ | $326 |
| MSC INDUSTRIAL SUPPLY CO. SID TOOL CO., INC. | 34 BOLAND CT. | GREENVILLE, SC 29615 | GR / IR TRADE PAYABLE - 115433 | ☑ | ☑ | ☐ | $1,233 |
| NATIONAL AIR FILTERS, INC. | 1109 NEW HOPE RD. | RALEIGH, NC 27610 | GR / IR TRADE PAYABLE - 113995 | ☑ | ☑ | ☐ | $1,539 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**

**Case Number: 09-73419 (PJS)**

**Exhibit F-2**

**Goods Received, Not Invoiced - Trade Payable**

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| NORTHWEST SUPPLY COMPANY | 4006 MCFARLAND BLVD P.O. BOX 382 | NORTHPORT, AL 35476 | GR / IR TRADE PAYABLE - 120681 | ☑ | ☑ | ☐ | $271 |
| OFFICE EXPRESS | 1280 EAST BIG BEAVER, SUITE A | TROY, MI 48083 | GR / IR TRADE PAYABLE - 113834 | ☑ | ☑ | ☐ | $719 |
| OVERHEAD DOOR CO. OF TUSCALOOSA | 1181 WHIGHAM PLACE | TUSCALOOSA, AL 35405 | GR / IR TRADE PAYABLE - 124271 | ☑ | ☑ | ☐ | $386 |
| PC CONNECTION | 730 MILFORD RD. | MERRIMACK, NH 03054 | GR / IR TRADE PAYABLE - 114115 | ☑ | ☑ | ☐ | $1,136 |
| POWER & RUBBER SUPPLY | 1501 35TH ST | TUSCALOOSA, AL 35401 | GR / IR TRADE PAYABLE - 130922 | ☑ | ☑ | ☐ | $29 |
| RITTER TECHNOLOGY, LLC | 3044 RESEARCH DRIVE | FARMINGTON HILLS, MI 48309 | GR / IR TRADE PAYABLE - 120515 | ☑ | ☑ | ☐ | $263 |
| SEA INDUSTRIES LLC | 305 26TH AVE. WEST, BLDG 16 | BIRMINGHAM, AL 35204 | GR / IR TRADE PAYABLE - 149794 | ☑ | ☑ | ☐ | $65 |
| SIMCO AUTOMOTIVE - ORDER ADDRESS ON | 6077C FULTON INDUSTRIAL BLVD | ATLANTA, GA 30336 | GR / IR TRADE PAYABLE - 119682 | ☑ | ☑ | ☐ | $450,555 |
| THE BOSTWICK-BRAUN COMPANY | P.O. BOX 986 | TOLEDO, OH 43697-0986 | GR / IR TRADE PAYABLE - 132911 | ☑ | ☑ | ☐ | $3,085 |
| TOOL-SMITH | 1300 4TH AVE SOUTH | BIRMINGHAM, AL 35233 | GR / IR TRADE PAYABLE - 141493 | ☑ | ☑ | ☐ | $62 |
| UNIVAR USA | 2145 SKYLAND COURT | NORCROSS, GA 30071 | GR / IR TRADE PAYABLE - 144542 | ☑ | ☑ | ☐ | $360 |
| UNIVAR USA INC. | 27001 TROLLEY INDUSTRIAL DR. | TAYLOR, MI 48180 | GR / IR TRADE PAYABLE - 114012 | ☑ | ☑ | ☐ | $1,500 |
| VINYL INDUSTRIAL PAINTS | 1401 SYCAMORE | WYANDOTTE, MI 48192 | GR / IR TRADE PAYABLE - 132154 | ☑ | ☑ | ☐ | $1,000 |

$533,111

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**
**Exhibit F-3**
**Customer Credit Balances**

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| INTERTEC SYSTEMS | 575 JAMES ST. | ST. MARY'S, ON  78374 | CUSTOMER CREDIT BALANCE - 151360 | ☑ | ☑ | ☑ | $12,900 |
| INTERTEC SYSTEMS | 575 JAMES ST. | ST. MARY'S, ON  78374 | VOLUME REBATE BALANCE | ☑ | ☑ | ☑ | $10,912 |
| | | | | | | | $23,812 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number:  09-73419 (PJS)**

**Exhibit  F-4**
**Litigation**

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|---|
| ANNA KURAKOWSKI VS. RECTICEL | 3513 OAKMONTE BLVD. | ROCHESTER, MI  48346 | WRONGFUL TERMINATION AND DISCRIMINATION | ☑ | ☑ | ☑ | Undetermined |
| EXPRESS TEMP. SRVS. (TUSCALOOSA) VS. RECTICEL | R. COOPER SHATTUCK, ESQ. ROSEN HARWOOD, P.A. 2117 JACK WARNER PARKWAY | TUSCALOOSA, AL 35403-2727 | BREACH OF CONTRACT | ☑ | ☑ | ☑ | Undetermined |
| QIS VS. RECTICEL | KOTZ, SANGSTER, WYSOCKI & BERG DANIEL J. MCGLYNN, ESQ. & KEVIN C. CLARK 400 RENAISSANCE CENTER, SUITE 3400 | DETROIT, MI  48243 | CONTAINMENT FUNDS WITHHELD | ☑ | ☑ | ☑ | Undetermined |

**Total**  Undetermined

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**

**Exhibit F-5**
**Intercompany**

| Owner | Description | C | U | D | Total Claim Amount |
|-------|-------------|---|---|---|-------------------:|
| RUS, INC. | INTERCOMPANY | ☐ | ☐ | ☐ | $48,066,054 |
| RECTICEL NORTH AMERICA, INC. A/K/A RECTICEL UREPP NORTH AMERICA, INC. | INTERCOMPANY | ☐ | ☐ | ☐ | $1,130,525 |
| RECTICEL N.V./S.A. | INTERCOMPANY | ☐ | ☐ | ☐ | $524,434 |
| RECTICEL INT. SERVICES SA | INTERCOMPANY | ☐ | ☐ | ☐ | ($567) |
| RECTICEL CZECH AUTOMOTIVE S.R.O. | INTERCOMPANY | ☐ | ☐ | ☐ | $9,885 |
| RECTICEL AUTOMOBILSYSTEME GMBH | INTERCOMPANY | ☐ | ☐ | ☐ | $590 |
| RAI MOST S.R.O. | INTERCOMPANY | ☐ | ☐ | ☐ | ($23,753) |
| | | | | | $49,707,167 |

1

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**

**Exhibit F-6**
**Other Liabilities**

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|---|
| CADENCE INNOVATIONS | 26090 23 MILE ROAD | CHESTERFIELD, MI 48051 | DISPUTED TRADE PAYABLE - 140782 | ✔ | ✔ | ✔ | Undetermined |
| FRIMO | 50685 CENTURY COURT | WIXOM, MI 48393 | DISPUTED TRADE PAYABLE - 113739 | ✔ | ✔ | ✔ | $134,442 |
| HEIDEL NORTH AMERICA | 29222 TRIDENT INDUSTRIAL BLVD | NEW HUDSON, MI 48165 | DISPUTED TRADE PAYABLE - 115201 | ✔ | ✔ | ✔ | $131,646 |
| QIS, INC. | P.O. BOX 673192 | DETROIT, MI 48267-3192 | DISPUTED TRADE PAYABLE - 131777 | ✔ | ✔ | ✔ | $140,896 |
| | **TOTALS:** | | | | | | **$406,984** |

1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

### FIRST AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.d., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts and/or unexpired leases to report on this Schedule G.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Real Property Leases | See Exhibit G-1 immediately following Schedule G |
| Equipment Leases | See Exhibit G-2 immediately following Exhibit G-1 |
| Employee Related | See Exhibit G-3 immediately following Exhibit G-2 |
| Customer Agreements | See Exhibit G-4 immediately following Exhibit G-3 |
| Supplier Agreements | See Exhibit G-5 immediately following Exhibit G-4 |
| IT Agreements | See Exhibit G-6 immediately following Exhibit G-5 |
| Bond and Insurance Agreements | See Exhibit G-7 immediately following Exhibit G-6 |
| Other | See Exhibit G-8 immediately following Exhibit G-7 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

<u>11</u>     total continuation sheets attached

**Recticel Interiors North America, LLC**

**Case Number:  09-73419 (PJS)**

## SPECIFIC NOTES REGARDING SCHEDULE G

### Executory Contracts

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times in Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G.  To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category.  In those instances, one category has been chosen to avoid duplication.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the Debtors' executory contracts are purchase and sale agreements.  In those instances, the executory contracts generally are listed in either the "sale agreements" or "purchase agreements" category, not both.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements.  Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary.  Any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including, without limitation, any intercreditor or intercompany agreement) related to a creditor's claim.  Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.  Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance.  In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, both written and oral, regarding the provision of certain services on a month to month basis.  To the extent such contracts or agreements constitute executory contracts, these contracts and agreements are not listed individually on Schedule G.

Certain of the executory contracts may not have been memorialized and could be subject to dispute; executory agreements that are oral in nature have not been included in Schedule G.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

Certain of the executory contracts and unexpired leases listed in Schedule G were assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors.

Certain of the executory contracts and unexpired leases may be listed under the wrong Debtor and/or in the wrong agreement category.

The Debtors generally have not included on Schedule G any insurance policies, the premiums for which have been prepaid.  The Debtors submit that prepaid

<u>**Recticel Interiors North America, LLC**</u>

**Case Number:  09-73419 (PJS)**

## SPECIFIC NOTES REGARDING SCHEDULE G

insurance policies are not executory contracts pursuant to section 365 of the Bankruptcy Code because no further payment or other material performance is required by the Debtors.  Nonetheless, the Debtors recognize that in order to enjoy the benefits of continued coverage for certain claims under these policies, the Debtors may have to comply with certain non-monetary obligations, such as the provision of notice of claims and cooperation with insurers.  In the event that the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtors reserve all of their rights to amend Schedule G to include such policies, as appropriate.

In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

The Debtors are still in the process of collecting the addresses of all counterparties to such executory contracts and unexpired leases.  These addresses will be compiled prior to sending notice of the bar date for the filing of proofs of claim in these chapter 11 cases.

**Recticel Interiors North America, LLC**
**Case Number:  09-73419 (PJS)**
**Exhibit  G-1**
**Real Property Leases**

| Contract ID | Name | Address | City, State & Zip |
|---|---|---|---|
| 152 | 21602 BEAR VALLEY L.P. | P.O. BOX 347 | GARDENA, CA  90248 |
| 27 | RECTICEL NORTH AMERICA, INC. (ASSIGNMENT OF REAL PROPERTY LEASE) | 1635 ATLANTIC BLVD. | AUBURN HILLS, MI  48326 |

1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**
**Exhibit G-2**
**Equipment Leases**

| Contract ID | Name | Address | City, State & Zip |
|---|---|---|---|
| 2 | CANON FINANCIAL SERVICES, INC. | PO BOX 4004 | CAROL STREAM, IL 60197-4004 |
| 32 | ED RINKE BUICK CO. | 24231 VAN DYKE | CENTERLINE, MI 48015 |
| 7 | K & M LEASING COMPANY | 20900 HUBBELL | OAK PARK, MI 48237 |
| 4 | K & M LEASING COMPANY | 20900 HUBBELL | OAK PARK, MI 48237 |
| 5 | K & M LEASING COMPANY | 20900 HUBBELL | OAK PARK, MI 48237 |
| 3 | K & M LEASING COMPANY | 20900 HUBBELL | OAK PARK, MI 48237 |
| 35 | KRUG HILLTOP FORD LINCOLN MERCURY | 2798 E GRAND RIVER | HOWELL, MI 48843 |
| 37 | KRUG HILLTOP FORD LINCOLN MERCURY | 2798 E. GRAND RIVER | HOWELL, MI 48843 |
| 39 | KRUG HILLTOP FORD LINCOLN MERCURY | 2798 E. GRAND RIVER | HOWELL, MI 48843 |
| 38 | KRUG HILLTOP FORD LINCOLN MERCURY | 2798 E. GRAND RIVER | HOWELL, MI 48843 |
| 36 | KRUG HILLTOP FORD LINCOLN MERCURY | 2798 E. GRAND RIVER | HOWEL, MI 48843 |
| 34 | LOCKLEAR CHRYSLER JEEP DODGE, LLC | 550 SKYLAND BLVD. EAST | TUSCALOOSA, AL 35405 |
| 43 | MCINERNEY, INC. DBA OAKLAND DODGE, INC. | 101 W FOURTEEN MILE RD. | MADISON HEIGHTS, MI 48071 |
| 40 | MERCEDES-BENZ OF ROCHESTER | 595 S. ROCHESTER RD. | ROCHESTER, MI 48307 |
| 9 | NMHG FINANCIAL SERVICES, INC. | 10 RIVERVIEW DRIVE | DANBURY, CT 6810 |
| 8 | NMHG FINANCIAL SERVICES, INC. | 10 RIVERVIEW DRIVE | DANBURY, CT 6810 |
| 10 | NMHG FINANCIAL SERVICES, INC. | 10 RIVERVIEW DRIVE | DANBURY, CT 6810 |
| 42 | REGAL NISSAN COMPANY | 6520 UNIVERSITY DRIVE | HUNTSVILLE, AL 35806 |
| 41 | REGAL NISSAN COMPANY | 6520 UNIVERSITY DRIVE | HUNTSVILLE, AL 35806 |
| 31 | SUBURBAN FORD OF WATERFORD, LLC | 5900 HIGHLAND RD. | WATERFORD, MI 48327 |
| 33 | TOWNSEND FORD | 5801 MCFARLAND BLVD E | TUSCALOOSA, AL 35405 |
| 87 | TOYOTA FINANCIAL SERVICES | P.O. BOX 2431 | CAROL STREAM, IL 60132-2431 |
| 17 | TOYOTA MATERIALS HANDLING | 2816 5TH AVENUE SOUTH | IRONDALE, AL 35210 |
| 16 | TOYOTA MATERIALS HANDLING | 2816 5TH AVENUE SOUTH | IRONDALE, AL 35210 |
| 28 | WELLS FARGO FINANCIAL | 300 TRI-STATE INTERNATIONAL; SUITE 400 | LINCOLNSHIRE, IL 60069 |

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**
**Exhibit G-3**
**Employee Related**

| Contract ID | Name | Address | City, State & Zip |
|---|---|---|---|
| 95 | AHMED, OMAR | ADDRESS REDACTED | ADDRESS REDACTED |
| 89 | DERDERIAN, JOSEPH | ADDRESS REDACTED | ADDRESS REDACTED |
| 93 | ECKHOUT, PAT | ADDRESS REDACTED | ADDRESS REDACTED |
| 96 | FAIRCLOTH, CHRIS | ADDRESS REDACTED | ADDRESS REDACTED |
| 92 | HATCHER, AL | ADDRESS REDACTED | ADDRESS REDACTED |
| 91 | IORDACHIANDU, ANCA | ADDRESS REDACTED | ADDRESS REDACTED |
| 94 | LUECK, JODY | ADDRESS REDACTED | ADDRESS REDACTED |
| 90 | STREHL, DEREK | ADDRESS REDACTED | ADDRESS REDACTED |
| 88 | VARTANIAN, ART | ADDRESS REDACTED | ADDRESS REDACTED |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**
**Exhibit G-4**
**Customer Agreements**

| Contract ID | Name | Address | City, State & Zip |
|---|---|---|---|
| 85 | DELPHI AUTOMOTIVE SYSTEMS | 1401 CROOKS ROAD | TROY, MI 48084 |
| 81 | DELPHI CORPORATION | 5725 DELPHI DRIVE | TROY, MI 48098-2815 |
| 131 | DRAEXLMAIER AUTOMOTIVE OF AMERICA | PO BOX 1345 | DUNCAN, SC 29334 |
| 133 | GENERAL MOTORS CORPORATION | 920 TOWNSEND AVE. | LANSING, MI 48921 |
| 132 | GENERAL MOTORS CORPORATION | 920 TOWNSEND AVE. | LANSING, MI 48921 |
| 136 | GENERAL MOTORS CORPORATION | 920 TOWNSEND AVE. | LANSING, MI 48921 |
| 134 | GENERAL MOTORS CORPORATION | 920 TOWNSEND AVE. | LANSING, MI 48921 |
| 139 | GENERAL MOTORS CORPORATION | 920 TOWNSEND AVE. | LANSING, MI 48921 |
| 135 | GENERAL MOTORS CORPORATION | 920 TOWNSEND AVE. | LANSING, MI 48921 |
| 137 | GENERAL MOTORS CORPORATION | 920 TOWNSEND AVE. | LANSING, MI 48921 |
| 138 | GENERAL MOTORS CORPORATION | 920 TOWNSEND AVE. | LANSING, MI 48921 |
| 140 | GENERAL MOTORS CORPORATION | 920 TOWNSEND AVE. | LANSING, MI 48921 |
| 141 | INTERTEC SYSTEMS | 575 JAMES STREET SOUTH; PO BOX 1600 | ST. MARYS, ON N4X 1B9 |
| 82 | INTEVA | 1450 EAST BEECHER ST | ADRIAN, MI 49221 |
| 143 | INTEVA GADSDEN | 4605 AIRPORT ROAD | GADSDEN, AL 35904 |
| 142 | INTEVA GADSDEN | 4605 AIRPORT ROAD | GADSDEN, AL 35904 |
| 145 | INTEVA GADSDEN | 4605 AIRPORT ROAD | GADSDEN, AL 35904 |
| 144 | INTEVA GADSDEN | 4605 AIRPORT ROAD | GADSDEN, AL 35904 |
| 146 | INTEVA PRODUCTS, LLC | 1450 E. BEECHER STREET | ADRIAN, MI 49221 |
| 147 | JOHNSON CONTROLS, INC. | 15911 PROGRESS DRIVE | COTTONDALE, AL 35453 |
| 86 | JOHNSON CONTROLS, INC. | 49200 HALYARD DRIVE; PO BOX 8010 | PLYMOUTH, MI 48170 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**
**Exhibit G-5**
**Supplier Agreements**

| Contract ID | Name | Address | City, State & Zip |
|---|---|---|---|
| 128 | AARO JANITORIAL | 24643 HOOVER RD. | WARREN, MI 48089 |
| 113 | CINTAS | 51518 QUADRATE | MACOMB TOWNSHIP, MI 48042 |
| 130 | CONSOLIDATED METCO, INC. | 1821 HWY 19 SOUTH | BRYSON CITY, NC 28713 |
| 19 | GUARDIAN BURGLAR ALARM | 20800 SOUTHFIELD ROAD | SOUTHFIELD, MI 48075 |
| 20 | GUARDIAN BURGLAR ALARM | 20800 SOUTHFIELD ROAD | SOUTHFIELD, MI 48075 |
| 119 | GUTHRIE LANDSCAPE SERVICES, LLC | PO BOX 21270 | TUSCALOOSA, AL 35402 |
| 153 | HEWLETT PACKARD | 420 MOUNTAIN AVENUE; PO BOX 6 | MURRAY HILL, NJ 7974 |
| 122 | INDUSTRIAL WAREHOUSE SERVICES, INC. | PO BOX 2177 | TUSCALOOSA, AL 35403 |
| 120 | JOHNSON CONTROLS INC. | 511 MINERAL TRACE, SUITE 200 | HOOVER, AL 35244 |
| 84 | JOHNSON CONTROLS, INC. | 915 EAST 32ND STREET | HOLLAND, MI 49423 |
| 83 | JOHNSON CONTROLS, INC. | 915 EAST 32ND STREET | HOLLAND, MI 49423 |
| 21 | JOHNSON CONTROLS, INC. | 511 MINERAL TRACE; SUITE 200 | HOOVER, AL 35244 |
| 6 | LEADER BUSINESS | 20900 HUBBELL | OAK PARK, MI 48237 |
| 112 | LEADER BUSINESS | 20900 HUBBELL | OAK PARK, MI 48237 |
| 26 | MACLELLAN INTEGRATED SERVICES INC. | 3120 WALL STREET, SUITE 100 | LEXINGTON, KY 40513 |
| 123 | MACLELLAN INTEGRATED SERVICES INC. | 3120 WALL STREET, SUITE 100 | LEXINGTON, KY 40513 |
| 116 | MILLER LANDSCAPE, INC. | 815 BROWN ROAD | ORION, MI 48359 |
| 126 | NATIONAL BUREAU OF PROPERTY ADMINISTRATION, INC. | TWO PRUDENTIAL PLANO, SUITE 2525; 180 NORTH STETSON AVENUE | CHICAGO, IL 60601 |
| 127 | NATIONAL BUREAU OF PROPERTY ADMINISTRATION, INC. | TWO PRUDENTIAL PLANO, SUITE 2525; 180 NORTH STETSON AVENUE | CHICAGO, IL 60601 |
| 117 | ROCKET ENTERPRISE INC. | 30660 RYAN | WARREN, MI 48092 |
| 155 | SUNTEL SERVICES, INC. | 1095 CROOKS RD, SUITE 100 | TROY, MI 48084 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**
**Exhibit G-5**
**Supplier Agreements**

| Contract ID | Name | Address | City, State & Zip |
|---|---|---|---|
| 156 | SUNTEL SERVICES, INC. | 1095 CROOKS RD, SUITE 100 | TROY, MI 48084 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number:  09-73419 (PJS)**
**Exhibit  G-6**
**IT Agreements**

| Contract ID | Name | Address | City, State & Zip |
|---|---|---|---|
| 124 | SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC. | 2000 EASTMAN DRIVE | MILFORD, OH  45150 |
| 125 | SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC. | 2000 EASTMAN DRIVE | MILFORD, OH  45150 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**
**Exhibit G-7**
**Bond and Insurance Agreements**

| Contract ID | Name | Address | City, State & Zip |
|---|---|---|---|
| 110 | FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1400 AMERICAN LANE; TOWE I 19TH FLOOR | SCHAUMBURG, IL 60196-1056 |
| 98 | HARTFORD FIRE INSURANCE COMPANY | ONE HARTFORD PLAZA | HARTFORD, CT 6155 |
| 100 | HDI-GERLING AMERICAN INSURANCE COMPANY | 150 N. WACKER DRIVE; 29TH FLOOR | CHICAGO, IL 60606 |
| 129 | LD&A S.A. INSURANCES | BOULEVARD DE LA DODAINE; 50/1-B-1400 NIVELLES | RPM NIVELLES TVA, BE 0479 052 019 |
| 111 | LIBERTY MUTUAL INSURANCE COMPANY | 1775 LISBON ROAD | LEWISTON, ME 4240 |
| 97 | LIBERTY MUTUAL INSURANCE GROUP/BOSTON | 175 BERKELEY STREET | BOSTON, MA 2117 |
| 99 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | 70 PINE STREET | NEW YORK, NY 10270 |
| 108 | THE GUARANTEE COMPANY OF NORTH AMERICA | 4950 YONGE STREET; SUITE 1400, MADISON CENTRE | TORONTO, ON M2N 6K1 |
| 105 | TRAVELERS CASUALTY & SURETY CO. | 1 TOWER SQUARE | HARTFORD, CT 06183-0001 |

1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**Recticel Interiors North America, LLC**
**Case Number: 09-73419 (PJS)**
**Exhibit G-8**
**Other**

| Contract ID | Name | Address | City, State & Zip |
|---|---|---|---|
| 57 | CENTRE DE COORDINATION RECITCEL S.A. (ACCOUNT TRANSFER AGREEMENT) | 15, AVENUE DE PLEIADES | BRUSSELS, BE 1200 |
| 22 | RECTICEL AUTOMOBILSYSTEME GMBH (INTELLECTUAL PROPERTY LICENSE AGREEMENT) | ROLANDSECKER WEG 30 | RHEINBREITBACH, GE 53619 |
| 25 | RUS INC. (LOAN AGREEMENT) | 1105 NORTH MARKET STREET, SUITE 1300; PC BOX 8985 | WILMINGTON, DE 19899 |
| 18 | TOYOTA MOTOR CREDIT CORPORATION (GUARANTY) | PO BOX 3457 | TORRANCE, CA 90510 |
| 157 | TUSCALOOSA COUNTY INDUSTRIAL DEVELOPMENT AUTHORITY | 2204 UNIVERSITY BOULEVARD; P.O. BOX 2667 | TUSCALOOSA, AL 35403 |

# UNITED STATES BANKRUPTCY COURT

### FIRST AMENDED SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child isIn community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐　Check this box if debtor has no codebtor

| <u>NAME AND ADDRESS OF CODEBTOR</u> | <u>DESCRIPTION</u> |
|---|---|
| RECTICEL N.V./S.A. | 21602 BEAR VALLEY L.P. (PROPERTY LEASE AGREEMENT) |
| DAMSTRAAT 2 | P.O. Box 347 |
| WETTEREN, 9230 BELGIUM | GARDENA, CA 90248 |
| RECTICEL NORTH AMERICA, INC. | TOYOTA MOTOR CREDIT CORPORATION ((2) EQUIPMENT LEASE AGREEMENTS) |
| 1653 ATLANTIC BOULEVARD | P.O. Box 2431 |
| AUBURN HILLS, MI  48326 | CAROL STREAM, IL  60132-2431 |

1

**Recticel Interiors North America, LLC**

**Case Number:  09-73419 (PJS)**

## SPECIFIC NOTES REGARDING SCHEDULE H

### Co-Debtors

In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries.   The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.  Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties.  Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth individually on Schedule H.  However, some such claims may be listed elsewhere in the Schedules and Statements.

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF AN INDIVIDUAL

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____          Signature: _____
                                                                    Debtor

Date: _____          Signature: _____
                                                              Joint Debtor, if any

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and title, if any,          Social Security No.
of Bankruptcy Petition Preparer                      (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

x_____          _____
   Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Secretary and Treasurer of Recticel Interiors North America, LLC named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___12/23/2009___          Signature: *Derek Strehl*
                                                        **Derek Strehl**
                                                        [Print or type name of individual signing on behalf of debtor.]

*Penalty for making a false statement: Fine of up to $500,000, or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*